In the Matter of the Application of THE CITY OF NEW YORK for the Closing and Discontinuance of City Hall Place, between Duane Street and Pearl Street, and for Acquiring Title Wherever the Same Has Not Heretofore Been Acquired in Fee to the Whole of the Real Property Within the Lines or Bed of the Closed City Hall Place between Duane Street and Pearl Street, in the Borough of Manhattan, City of New York, in Pursuance of the Provisions of Chapter 752 of the Laws of 1923. THE CITY OF NEW YORK, Appellant; HELEN H. JANEWAY and Others, Respondents.— Proceedings to ascertain the compensation to be made to the property owners damaged by the closing of City Hall place, between Duane street and Pearl Street, in the borough of Manhattan. Order granting motion of certain

claimants to dismiss the proceeding to fix compensation unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [154 Misc. 181.]